**Dismissed and Memorandum Opinion filed May 21, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-01010-CR

### EX PARTE ANTONIO MCGUIRE, Relator

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1448705**

## M E M O R A N D U M   O P I N I O N

Appellant was charged, in two causes, with the offenses of tampering with evidence and possession of a controlled substance. The trial court set pre-trial bond in each cause at $30,000.00. Appellant filed a pre-trial application for writ of habeas corpus seeking a bond reduction.

On May 6, 2015, while the application was pending, a jury found appellant not guilty of tampering with evidence. On May 7, 2015, appellant entered a guilty plea to possession of a controlled substance in exchange for an agreed sentence of four years.

On May 12, 2015, appellant filed a motion to dismiss his application under Tex. R. App. P. 42.2 because his acquittal and plea render the issue of pre-trial bond moot. *See Ex parte Morgan*, 335 S.W.2d 766, 766 (Tex. Crim. App. 1960); *Ex parte Bennet*, 818 S.W.2d 199, 200 (Tex. App.—Houston [14th Dist.] 1991, no pet.) (stating that "where the premise of a habeas corpus application is destroyed by subsequent developments, the legal issues raised thereunder are rendered moot.").

Accordingly, we dismiss appellant's appeal as moot.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan
Do Not Publish — Tex. R. App. P. 47.2(b)